McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 2:18-MJ-170-KJN |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO UNSEAL COMPLAINT AND AFFIDAVIT IN REDACTED FORM |
| v. | |
| ADAM ATARI, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and underlying affidavit be unsealed in the redacted form provided by the United States Attorney's Office.

Dated: 9/4/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE